# AFFIDAVIT OF SERVICE

| State of Colorado | County of | Us District Court |
|---|---|---|

Case Number: 13CV00310WYD

Plaintiff:
**MALIBU MEDIA, LLC**

vs.

Defendant:
**BRYAN VAN EEKHOUT**

For:
Kotzker Law Group
KOTZKER LAW GROUP
9609 S University Blvd #632134
Highlands Ranch, CO 80163

Received by Accurate Legal Support Services, LLC on the 17th day of May, 2013 at 9:00 am to be served on **BRYAN W VANEEKHOUT, 1205 Winona Dr, Loveland, CO 80537**.

I, RICHARD J SEVERN, being duly sworn, depose and say that on the **18th day of May, 2013** at **1:32 pm, I:**

**INDIVIDUAL/PERSONAL:** served by delivering a true copy of the **DISTRICT COURT CIVIL (CV) CASE COVER SHEET FOR INITIAL PLEADING OF COMPLAINT, COUNTERCLAIM, CROSS-CLAIM OR THIRD PARTY COMPLAINT; SUMMONS, COMPLAINT, ANSWER FORM AND ATTACHMENTS** to: BRYAN W VANEEKHOUT at the persons place of **Abode**, at the address of: **1205 Winona Dr, Loveland, CO 80537** with the date and hour of service endorsed thereon by me, and informed said person of the contents therein, in compliance with state statutes.

**Description** of Person Served: Age: 38, Sex: M, Race/Skin Color: WHITE, Height: 5'10, Weight: 150, Hair: DARK BROWN, Glasses: N

I certify that I am over the age of 18, have no interest in the above action, and am a Private Process Server, in good standing, in the judicial circuit in which the process was served.

Subscribed and Sworn to before me on the 20th day of May, 2013 by the affiant who is personally known to me.

_____
NOTARY PUBLIC

My Commission Expires:

_____

My Commission Expires 06/09/2015

_____
**RICHARD J SEVERN**
Process Server

**Accurate Legal Support Services, LLC**
**2329 W Main St**
**Suite 203**
**Littleton, CO 80120**
(303) 933-8772
Our Job Serial Number: GRI-2013011545

Service Fee: $100.00

Copyright © 1992-2011 Database Services, Inc. - Process Server's Toolbox V6.5h

**Accurate Legal Support Services, LLC**
2329 W Main St
Suite 203
Littleton, CO 80120
Phone: (303) 933-8772
Fax: (303) 932-8243
45-0527632

## <u>INVOICE</u>

Invoice #GRI-2013011545
5/20/2013



Kotzker Law Group
KOTZKER LAW GROUP
9609 S University Blvd #632134
Highlands Ranch, CO 80163

**Case Number:  13CV00310WYD**

Plaintiff:
**MALIBU MEDIA, LLC**

Defendant:
**BRYAN VAN EEKHOUT**

Received: 5/17/2013   Served: 5/18/2013 1:32 pm  .INDIVIDUAL/PERSONAL
To be served on: BRYAN W VANEEKHOUT

### ITEMIZED LISTING

| Line Item | Quantity | Price | Amount |
|-----------|---------:|------:|-------:|
| Service/Attempt Fee (Local) | 1.00 | 45.00 | 45.00 |
| Rush Fee | 1.00 | 30.00 | 30.00 |
| Out of Metro Area | 1.00 | 25.00 | 25.00 |
| TOTAL CHARGED: | | | $100.00 |
| | | | |
| **BALANCE DUE:** | | | **$100.00** |

Please enclose a copy of this invoice with your payment.

Copyright © 1992-2011 Database Services, Inc. - Process Server's Toolbox V6.5h