IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No.   13-cv-00310-WYD-KMT

MALIBU MEDIA, LLC,

    Plaintiff,

v.

BRYAN VAN EEKHOUT,

    Defendant.

## ORDER OF DISMISSAL

This matter is before the Court on the parties' Stipulation of Dismissal With Prejudice filed August 27, 2013 (ECF No. 39).  After a careful review of the Stipulation and the file, it is

ORDERED that the Stipulation of Dismissal With Prejudice is **APPROVED**, and this case is **DISMISSED WITH PREJUDICE**, each party to bear his or its own attorneys' fees and costs.

Dated:  August 27, 2013

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
Senior United States District Judge